UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　　　No. 21-CR-800-LTS

ANGEL PEREDA,　　　　　　　　　　　　　　　　　　　　Order

       Defendant.

-------------------------------------------------------x

       The sentencing hearing in this case is scheduled to proceed on February 28, 2022, at 2:30 p.m., in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

   SO ORDERED.

Dated: New York, New York　　　　　　　　　　　/s/ Laura Taylor Swain
       February 11, 2022　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
                                                         Chief United States District Judge