UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                         No. 21 crim 800 (LTS)

ANGEL PEREDA

                Defendant.

----------------------------------------------------------x

**ORDER**

ORDERED that pursuant to sentence of time served imposed today, the defendant Angel Pereda is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
       February 28, 2022

                                                                  LAURA TAYLOR SWAIN
                                                                  United States District Judge