UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

    - v. -

ANGEL PEREDA,
a/k/a "Angel Luis Pereda Eguiluz,"

                Defendant.

------------------------------------------------------------------------X

ORDER OF RESTITUTION

21 Cr. 800 (LTS)

       Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Samuel L. Raymond, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, and upon the consent of Angel Pereda, the Defendant, by and through his counsel, Jeffrey Chabrowe, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

       **1. Amount of Restitution.** ANGEL PEREDA, the Defendant, shall pay restitution in the total amount of $357,557.00 to the victim of the offense charged in Count One of the Information. The name, address, and specific amounts owed to the victim is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

       **2. Sealing.** Consistent with Title 18, United States Code, Sections 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be

retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.


Dated: New York, New York
      October 18, 2022

                                          SO ORDERED:

                                           /s/ Laura Taylor Swain
                                          HONORABLE LAURA TAYLOR SWAIN
                                          UNITED STATES DISTRICT JUDGE